

# Fourth Court of Appeals
## San Antonio, Texas

December 16, 2019

No. 04-19-00494-CR

Richard A. **CANTU**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 17-11-293-CRW
Honorable Sid L. Harle, Judge Presiding

# O R D E R

After we granted Appellant's first motion for extension of time to file the brief, Appellant's brief was due on December 9, 2019. *See* TEX. R. APP. P. 38.6(a). After the once-extended due date, Appellant filed a second motion, which seeks a twenty-day extension of time to file the brief.

Appellant's motion is GRANTED; Appellant's brief is due on December 30, 2019.

Any further motion for extension of time to file Appellant's brief is discouraged.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of December, 2019.

MICHAEL A. CRUZ,
Clerk of Court